UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joseph T. Brown,

    Plaintiff,

v.

Lt David Potter, Lt David Spets, John Quist, Eric Hennen, Lisa Stenseth, Nate Knutson, and Guy Bosch,

    Defendants.

Case No. 19-cv-2746 (WMW/BRT)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the January 15, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 8.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

**ORDER**

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.     The January 15, 2020 R&R, (Dkt. 8), is **ADOPTED**.

2.     Plaintiff Joseph T. Brown's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff Joseph T. Brown's Application to Proceed in District Court Without Prepaying Fees or Costs, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 13, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge